# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN MARIE RYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE LONG & FOSTER COMPANIES, INC.<br><br>Defendant. | Civil Action No. 21-2396<br><br>Judge Robert B. Kugler<br><br>Magistrate Judge Elizabeth A. Pascal |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

As provided for in Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff, Shawn Marie Ryan ("Plaintiff"), and defendant, The Long & Foster Companies, Inc. ("L&F"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims and putative class action complaint against L&F. Plaintiff and L&F further stipulate and agree to bear their own attorneys' fees, expenses and costs in this action.

Respectfully submitted,

*/s/ Gary S. Graifman, Esq.*
William B. Federman, Esq.
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
wbf@federmanlaw.com

Gary S. Graifman, Esq.
Kantrowitz, Goldhammer, &
Graifman, P.C.
135 Chestnut Ridge Road
Montvale, NJ 07645
ggraifman@kgglaw.com

Respectfully submitted,

*/s/ David H. Colvin, Esq.*
Gavin W. Skok, Esq.
David H. Colvin Esq.
Kristen W. Broz, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2139
gskok@foxrothschild.com
dcolvin@foxrothschild.com
kbroz@foxrothschild.com

*Attorneys for Defendant*
*The Long & Foster Companies, Inc.*

Gregory Haroutunian
Clayeo C. Arnold, APLC
dba Arnold Law Firm CA
865 Howe Avenue
Sacramento, CA 95825
gharoutunian@justice4you.com

*Attorneys for Plaintiff*
*Shawn Marie Ryan*


Dated: May 22, 2023

BY THE COURT:

_____
HON. ELIZABETH A. PASCAL, U.S.M.J.